# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:16-cv-00366-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JAMES FERBER, et al., | (Docket No. 19) |
| Defendant(s). | |

Pending before the Court is Defendants' motion to enforce settlement. Docket No. 15. The main issue in dispute is a factual one; namely, whether Plaintiff sent a letter altering the terms of his settlement offer before it was accepted. *Compare* Docket No. 18 (response) *with* Docket No. 20 (reply). Plaintiff filed a motion for a hearing, Docket No. 19, which is hereby **GRANTED**. The Court **SETS** an evidentiary hearing on the motion to enforce settlement at 9:30 a.m. on June 13, 2017, in Courtroom 3D. Plaintiff shall bring with him copies of any evidence supporting his contention that the letter attached to his response as Exhibit 1 was mailed, and shall be prepared to testify to the same under oath.

**Defendants shall arrange to have Plaintiff transported to the Court to appear personally for the hearing.**

IT IS SO ORDERED.

DATED: May 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge