# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:16-cv-00366-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 12, 16, 17) |
| JAMES FERBER, et al., | |
| Defendant(s). | |

On June 29, 2017, the undersigned recommended that the motion to enforce settlement be granted and that this case be closed. Docket No. 30. Given the pendency of that report and recommendation, the Court hereby **DENIES** without prejudice Plaintiff's motion for leave to amend (Docket No. 12), Plaintiff's request to screen the first amended complaint (Docket No. 16), and Plaintiff's request for a scheduling order to conduct discovery (Docket No. 17).

IT IS SO ORDERED.

DATED: July 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge